UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON B. DAY #233435
and PHILLIP D. CIRISAN #257461

    Plaintiff(s),       CIVIL ACTION NO. 05-72677

  v.              DISTRICT JUDGE ARTHUR J. TARNOW

JILL EBERLY, et al        MAGISTRATE JUDGE VIRGINIA M. MORGAN

    Defendant(s).
_____/

### ORDER TO PROVIDE CORRECT ADDRESS FOR DEFENDANT(S)

The above referenced action was referred to Magistrate Judge Virginia M. Morgan for all pretrial proceedings. Upon review of the record the court notes that service of the complaint was returned unexecuted as undeliverable as to **Defendant Stiverson.**

Rule 4 of the Federal Rules of Civil Procedure provides for dismissal of the case if defendant is not served with a copy of the complaint within 120 days after the complaint is filed.

Therefore, **IT IS ORDERED** that plaintiff (s) provide the court with the correct name, title and address of the above named defendant(s) so that service can again be processed. Plaintiff is to provide this information to the court in writing no later than **November 7, 2005** or it will be recommended that the case be dismissed for lack of prosecution.

                   s/Virginia M. Morgan
                   VIRGINIA M. MORGAN
                   UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2005

COPIES SENT BY U.S. MAIL AND/OR ELECTRONIC MEANS THIS DATE TO:
Phillip Cirisan, Clifton Day and Christine Campbell