UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CLIFTON B. DAY, and
PHILLIP D. CIRISAN,

               Plaintiffs,                    CIVIL ACTION NO. 05 CV 72677 DT

               v.                        DISTRICT JUDGE ARTHUR TARNOW

SAL AHMED, *et al.*,                MAGISTRATE JUDGE VIRGINIA M. MORGAN

               Defendants.
_____/

## ORDER

      This prisoner civil rights matter comes before the on Plaintiff's Motion for Sanctions.

The court has reviewed the motion and brief and finds that plaintiff's request for sanctions is not

well-grounded in fact or law.  Accordingly, **IT IS ORDERED** that the motion is **DENIED**.


                                   s/Virginia M. Morgan_____
                                  VIRGINIA M. MORGAN
Dated:   November 22, 2005          UNITED STATES MAGISTRATE JUDGE

_____

## PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon Clifton Day, Phillip Cirisan and
counsel of record via the Court's ECF System and/or U. S. Mail on November 22, 2005.

                                  s/J Hernandez
                                  Case Manager to
                                  Magistrate Judge Virginia M. Morgan